1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | ENDURANCE AMERICAN SPECIALTY       CASE NO. 1:10-CV-01284-LJO-DLB
   | INSURANCE COMPANY,

10 |                                    ORDER RE: CONFIDENTIALITY
   |         Plaintiff,                 STIPULATION AND PROTECTIVE ORDER

11 |

   |    v.

12 |
   | V. O'BRIEN, et al.,

13 |
   |         Defendants.

14 |
   | _____ /

15

16

17       The parties in this action have submitted a Confidentiality Stipulation and (proposed)

18 Protective Order to this Court for approval.  For the reasons set forth below the Court declines to

   adopt the (proposed) Protective Order.

19
         Local Rule of Practice for the Eastern District of California Rule 141.1 (Fed. R. Civ. P.
20
   26) provides:
21
                 ORDERS PROTECTING CONFIDENTIAL INFORMATION
22
                 (a) Presumption of Public Access; Limits to Protection.
23
                         (1) All information provided to the Court in a specific action is
24          presumptively public, but may be sealed in conformance with L.R. 141.
            Confidential information exchanged through discovery, contained in documents to
25          be filed in an action, or presented at a hearing or trial otherwise may be protected
            by seeking a protective order as described herein.
26
                         (2) A protective order is entered without prejudice to any rulings
27          made in a different lawsuit or dispute, and the determination in an action in this
            Court does not bind other courts.
28

1

1    (b) Mechanics of Obtaining a Protective Order.

2         (1) Non-Trial Civil and Criminal Protective Orders. . .Either the person possessing or the party seeking information to be protected may move the

3    Court for a protective order pursuant to L.R. 230, 251, or 430.1 or may submit a proposed stipulated protective order signed by all parties and the person

4    possessing the information in accordance with L.R. 143. See L.R. 302(c)(2). A protective order issued prior to trial does not affect the admission of evidence at

5    trial unless the order specifically so states.

6         (2) Protective Order for Civil Trial. . . .

7         (3) Protective Order for Criminal Trial. . . .

8         (c) Requirements of a Proposed Protective Order. All stipulations and motions seeking the entry of a protective order shall be accompanied by a

9    proposed form of order. Every proposed protective order shall contain the following provisions:

10

11        (1) A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a

12   troubled child);

13        (2) A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

14

15        (3) A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

16

17        (d) Hearing on Civil or Criminal Protective Orders. . . .

18        (e) Filing Documents Subject to Protective Order. Documents that are the subject of a protective order may be filed under seal only if a sealing order is first obtained in compliance with L.R. 141.

19

20        (f) Closed Actions. . . .

21   The Stipulation and (proposed) Protective Order submitted fail to comply with

22   subsection (c) above.  The parties may amend the Stipulation and (proposed) Protective Order

23   and resubmit.

24   IT IS SO ORDERED.

25   **Dated:**    **May 19, 2011**                    _/s/ **Dennis L. Beck**_
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28

2