(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>LANCE-KASHIAN & COMPANY, EDWARD KASHIAN, and JENNIFER SCHUH,<br><br>        Defendants. | Case No.  1:10-cv-01284-LJO-DLB<br><br>**ORDER RE MODIFICATION OF COURT'S SCHEDULING ORDER ENTERED ON OCTOBER 22, 2010** |
| LANCE-KASHIAN & COMPANY, EDWARD KASHIAN, and JENNIFER SCHUH,<br><br>        Counter-Complainants,<br><br>v.<br><br>ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>        Counter-Defendant. | |

Based upon parties' Joint Stipulation Re Modification Of Court's Scheduling Order Entered On October 22, 2010, and the declarations of counsel in support thereof; the Court finds there is not good cause to support the request and the requested modification is DENIED.

IT IS SO ORDERED.

Dated:   **June 23, 2011**                              /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE