1  James P. Wagoner, #058553
   Lejf E. Knutson, #234203
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:   (559) 433-1300
5  Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

6  Attorneys for Defendants and Counter-Complainants
   LANCE-KASHIAN & COMPANY, EDWARD
7  KASHIAN, and JENNIFER SCHUH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>LANCE-KASHIAN & COMPANY, EDWARD KASHIAN, and JENNIFER SCHUH,<br><br>                Defendants. | Case No.  1:10-cv-01284-LJO-DLB<br><br>**ORDER RE: JOINT STIPULATION TO DEFENDANTS AND COUNTER-COMPLAINANTS FILING A FIRST AMENDED COUNTER-CLAIM** |
| LANCE-KASHIAN & COMPANY, EDWARD KASHIAN, and JENNIFER SCHUH,<br><br>                Counter-Complainants,<br><br>v.<br><br>ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>                Counter-Defendant. | |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

(PROPOSED) ORDER RE: JOINT STIPULATION TO DEFENDANTS AND COUNTER-COMPLAINANTS FILING A FIRST AMENDED COUNTER-CLAIM

The stipulation having been reviewed by the Court and for good cause shown: the stipulation is approved and the First Amended Counter-Claim attached to the parties' stipulation is deemed filed and served.

IT IS SO ORDERED.

Dated: **July 7, 2011**              /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

(PROPOSED) ORDER RE: JOINT STIPULATION TO DEFENDANTS AND COUNTER-COMPLAINANTS FILING A FIRST AMENDED COUNTER-CLAIM