1
(SPACE BELOW FOR FILING STAMP ONLY)

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11   ENDURANCE AMERICAN SPECIALTY                Case No.  1:10-cv-01284-LJO-DLB
     INSURANCE COMPANY,
12                                               **ORDER RE REVISED JOINT**
                          Plaintiff,             **STIPULATION RE MODIFICATION OF**
13                                               **COURT'S SCHEDULING ORDER**
     v.                                          **ENTERED ON OCTOBER 22, 2010**
14
     LANCE-KASHIAN & COMPANY,
15   EDWARD KASHIAN, and JENNIFER
     SCHUH,
16
                          Defendants.
17

18   LANCE-KASHIAN & COMPANY,
     EDWARD KASHIAN, and JENNIFER
19   SCHUH,

20                        Counter-Complainants,

21   v.

22   ENDURANCE AMERICAN SPECIALTY
     INSURANCE COMPANY,
23
                          Counter-Defendant.
24

25

26

27

28

[PROPOSED] ORDER RE REVISED JOINT STIPULATION RE MODIFICATION OF SCHEDULING ORDER
CASE NO.  1:10-CV-01284-LJO-DLB

Based upon parties' Revised Joint Stipulation Re Modification Of Court's Scheduling Order Entered On October 22, 2010, and the declarations of counsel in support thereof and good cause appearing, it is hereby ordered as follows:

1. The last day for the parties to complete non-expert discovery with respect to the previously noticed depositions of Endurance's persons most knowledgeable and the depositions of Libby Franson, Ed Kashian, Stacy Lane and Keith Little is continued from July 5, 2011, to August 26, 2011.

2. The last day for the parties to serve initial expert witness disclosures is continued from July 11, 2011 to September 2, 2011.

3. The last day for the parties to complete expert discovery is continued from August 12, 2011 to October 7, 2011.

4. The last day for the parties to file non-dispositive motions is continued from July 20, 2011 to September 15, 2011. The hearing deadline for non-dispositive motions is continued from August 12, 2011 to October 7, 2011.

5. The remainder of the Court's October 22, 2010 Scheduling Order shall remain in effect. Furthermore, this extension shall not constitute any part of good cause to continue any of the remaining dates in the Court's Scheduling Order.

6.

IT IS SO ORDERED.

Dated: __July 7, 2011__                    _____ /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE

8.
9.

[PROPOSED] ORDER RE REVISED JOINT STIPULATION RE MODIFICATION OF SCHEDULING ORDER
CASE NO. 1:10-CV-01284-LJO-DLB