1  James P. Wagoner, #058553            (SPACE BELOW FOR FILING STAMP ONLY)
   Lejf E. Knutson, #234203
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300
   Attorneys for Defendants and Counter-Complainants
6  LANCE-KASHIAN & COMPANY, EDWARD
   KASHIAN, and JENNIFER SCHUH
7

8  BAILEY CAVALIERI, LLC
   Michael R. Goodstein, Esq.
9  Keith A. Little, Esq.
   10 West Broad Street, Suite 2100
10 Columbus, Ohio 43215-3422
   Telephone: (614) 229-3231
11 Facsimile: (614) 221-0479

12 DILLINGHAM & MURPHY, LLP
   Dennis J. Kelly (SBN 191414)
13 Patrick J. Suter (SBN 242494)
   225 Bush Street, 6th Floor
14 San Francisco, California 94104-4207
   Telephone: (415) 397-2700
15 Facsimile: (415) 397-3300
   Attorneys for Plaintiff/Counter-Defendant
16 ENDURANCE AMERICAN SPECIALTY
   INSURANCE COMPANY

17

18                         UNITED STATES DISTRICT COURT

19                 EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| 20  ENDURANCE AMERICAN SPECIALTY<br>     INSURANCE COMPANY, | Case No.  1:10-cv-01284-LJO-DLB |
| 21 | **JOINT STIPULATION AND AGREEMENT** |
| 22                  Plaintiff, | **RE HEARING ON DEFENDANTS' AND**<br>**COUNTER-CLAIMANTS' MOTION TO** |
| 23       v. | **COMPEL AND MOTION FOR**<br>**DISCOVERY** |
| 24  LANCE-KASHIAN & COMPANY,<br>     EDWARD KASHIAN, and JENNIFER<br>     SCHUH, | |
| 25 | |
|     Defendants. | |
| 26 | |

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

JOINT STIPULATION AND AGREEMENT RE HEARING DATES FOR PENDING MOTIONS AND
[PROPOSED] ORDER

LANCE-KASHIAN & COMPANY,
EDWARD KASHIAN, and JENNIFER
SCHUH,

               Counter-Complainants,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

               Counter-Defendant.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Rule 26 and Rule 29 of the Federal Rules of Civil Procedure, that:

1. Defendants and Counter-Complainants' 1) Motion To Compel Further Responses To Requests for Production and 2) Motion For Discovery To Be Extended For Limited Purpose Of Taking Previously Scheduled Depositions Not Taken Within Discovery Cut-Off Due To Unforeseeable Airline Flight Delay (collectively, "the Motions") which were originally scheduled to be heard on September 26, 2011, and whose hearing dates were moved by the Court to October 7, 2011, shall now be heard on October 21, 2011.

2. The parties further jointly stipulate and agree that the Court's Scheduling Order of July 11, 2011, shall be amended so that hearing deadline for non-dispositive motions with respect to the pending Motions shall be October 21, 2011.

IT IS SO STIPULATED:

Dated: September 15, 2011                        McCORMICK, BARSTOW, SHEPPARD,
                                                              WAYTE & CARRUTH LLP

                                                   By: _____s/ James P. Wagoner_____

                                                              James P. Wagoner
                                                              Lejf E. Knutson
                                                      Attorneys for Defendants and
                                                               Counter-Complainants
                                                     LANCE-KASHIAN & COMPANY,
                                                     EDWARD KASHIAN, AND JENNIFER
                                                               SCHUH

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

JOINT STIPULATION AND AGREEMENT RE HEARING DATES FOR PENDING MOTIONS AND
[PROPOSED] ORDER

| | |
|---|---|
| Dated: September 15, 2011 | BAILY CAVALIERI LLC<br>Michael R. Goodstein<br>Keith A. Little<br><br>By: _____s/ Keith A. Little_____<br>*Pro Hac Vice* Attorneys for<br>Plaintiff/Counter-Defendant<br>ENDURANCE AMERICAN SPECIALTY<br>INSURANCE COMPANY |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

JOINT STIPULATION AND AGREEMENT RE HEARING DATES FOR PENDING MOTIONS AND [PROPOSED] ORDER

**ORDER**

The stipulation having been reviewed by the Court and for good cause shown: the stipulation is approved and the pending 1) Motion To Compel Further Responses To Requests for Production and 2) Motion For Discovery To Be Extended For Limited Purpose Of Taking Previously Scheduled Depositions Not Taken Within Discovery Cut-Off Due To Unforeseeable Airline Flight Delay, which were originally scheduled to be heard on September 26, 2011, and whose hearing dates were moved by the Court to October 7, 2011, shall now be heard on October 21, 2011.

Furthermore, the Court's Scheduling Order of July 7, 2011, is hereby amended so that hearing deadline for non-dispositive motions with respect to the pending 1) Motion To Compel Further Responses To Requests for Production and 2) Motion For Discovery To Be Extended For Limited Purpose Of Taking Previously Scheduled Depositions Not Taken Within Discovery Cut-Off Due To Unforeseeable Airline Flight Delay shall be October 21, 2011.

IT IS SO ORDERED.

Dated:   **September 19, 2011**          /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

JOINT STIPULATION AND AGREEMENT RE HEARING DATES FOR PENDING MOTIONS AND [PROPOSED] ORDER