# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY COMPANY,<br><br>              Plaintiff,<br><br>     vs.<br><br>LANCE-KASHIAN & COMPANY, et al.,<br><br>              Defendants.<br>_____/<br><br>AND RELATED COUNTER-ACTION<br>_____/ | CASE NO. CV F 10-1284 LJO DLB<br><br>**ORDER ON SUMMARY JUDGMENT BRIEFING**<br>(Docs. 60, 62, 63, 69.) |

The parties have filed cross-summary judgment motions with overlapping factual and legal issues. As such, this Court:

1. VACATES the November 21, 2011 summary judgment hearing, pursuant to its practice to consider motions on the record without hearings;

2. ORDERS the parties, no later than October 31, 2011, to file opposition papers with points and authorities limited to 25 pages; and

3. ORDERS the parties to file no reply papers, which would serve only to burden the record given the overlapping factual and legal issues.

Due to having the heaviest district court caseload in the nation, limited resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES

1  the parties that it is unable to commit to address this action to meet the parties' needs and expectations.
2  As such, this Court urges the parties to consent to the conduct of all further proceedings by a U.S.
3  Magistrate Judge, whose caseload and availability is more accommodating to the parties.
4      IT IS SO ORDERED.
5  Dated:   **October 13, 2011**                    **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE